1

2

3

4

5

6  UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
7  AT TACOMA

8  CORY ROBERTS,

9  Plaintiff,                              Case No. C05-5252FDB

10  v.                                     ORDER DENYING APPEAL

11  JOSEPH LEHMAN, *et al.*,

12  Defendants.

13       Plaintiff appeals Magistrate Judge Strombom's order denying consolidation of this cause of

14  action "the other EERD/Lehman class action cases, referring specifically to *Chaney, et al. v.*

15  *Lehman.*  Plaintiff also contends that no case brought by a resident of the Special Commitment

16  Center should be before Magistrate Judge Strombom "due to bias against former sex offenders.

17  Many she put in SCC herself."

18       The Magistrate Judge stated that this type of consolidation motion has been repeatedly

19  denied, and cautioned Plaintiff that bringing such a motion cannot be for a proper purpose.

20  Plaintiff's appeal is not well taken and is denied.  Construing Plaintiff's comments about the

21  Magistrate Judge's bias as a motion for recusal, such motion is denied.

22       DATED this 10th day of June, 2005.

23

24  _____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

25

26  ORDER - 1