UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CORY ROBERTS,

    Plaintiff,

  v.

JOSEPH LEHMAN *et al.*,

    Defendants.

Case No. C05-5252FDB

ORDER TO AMEND THE COMPLAINT

    This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff was given leave to proceed *in forma pauperis.*

    The court has previously entered an order requiring plaintiff to provide service copies. (Dkt. # 7). To the extent that the order requires copies of the original complaint the order is rescinded. The current complaint is deficient. The 14 page document does not contain facts linking the only named defendant with actions allegedly taken against plaintiff and the document contains paragraphs relating to other persons who are not parties in this action. The document violates Fed. R. Civ. P. 8 (a) and (e)(1). Plaintiff is **ORDERED** to file an amended complaint. The amended complaint must

ORDER

1  be received on or before **July 29th, 2005** or the court will enter a Report and Recommendation that
2  this action be dismissed.
3        The Clerk is directed to send a copy of this Order to plaintiff, and note the due date for the
4  amended complaint as **July 29th, 2005.**

6        DATED this 29th day of June, 2005.

                                                              Karen L. Strombom
                                                              United States Magistrate Judge

28  ORDER